**No. 43747.**—Protest 987608–G of H. C. Capwell Co. (San Francisco).

Opinion by TILSON, J.   It was agreed that the merchandise in question was not released from customs custody until June, 1938, which was after the Czechoslovakian Trade Agreement had become effective.   The perfume bottles were therefore held dutiable at 37½ percent and the glass tableware at 50 percent under paragraph 218 and T. D. 49458 as claimed.